G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:        erudloff@fgppr.com
                    emurphy@fgppr.com

Attorneys for Defendants
TRAVELERS COMMERCIAL
INSURANCE COMPANY and
GEICO INSURANCE AGENCY, INC.


MATTHEW R. STALL (SBN 218347)
FELIPE R. PARKER (SBN 246212)
**STALL PARKER LLP**
1808 Sixth Street
Berkeley, CA 94710
Telephone:   (510) 545-4980
Facsimile:    (510) 868-2912
E-mail:        matthew@stallparker.com
                    fp@stallparker.com

Attorneys for Plaintiff
LINDA CHAVIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CHAVIS,<br><br>                Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; GEICO INSURANCE AGENCY, INC.; and DOES 1-25,<br><br>                Defendants. | **CASE NO. 3:14-cv-02107-VC**<br><br>**STIPULATION DISMISSING DEFENDANT GEICO INSURANCE AGENCY, INC. AND [PROPOSED] ORDER**<br><br>Complaint filed: April 10, 2014<br>Trial Date:         None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant GEICO Insurance Agency, Inc. ("GEICO"), by and through its

1

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER; CASE NO.  3:14-cv-02107-VC

attorneys of record, Foran Glennon Palandech Ponzi & Rudloff PC, and Plaintiff Linda Chavis ("Plaintiff"), by and through her attorneys of record, Stall Parker LLP, hereby stipulate:

WHEREAS, Plaintiff filed a Complaint against Travelers Commercial Insurance Company ("Travelers"), GEICO Insurance Agency, Inc. and DOES 1-25 in the Superior Court of California, County of Alameda, on April 10, 2014, for breach of contract, tortious breach of insurance contract, and declaratory relief related to an insurance claim for damage to her home arising from a water leak near her kitchen sink that occurred around June 28, 2013;

WHEREAS, Defendant Travelers filed its Answer to the Complaint on May 6, 2014;

WHEREAS, Defendants Travelers and GEICO removed the action to this Court on May 8, 2014;

WHEREAS, GEICO filed a Motion to Dismiss, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failure to state a claim upon which relief may be granted, on May 15, 2014;

WHEREAS, GEICO has stated it did not underwrite the insurance policy and is not a party to the insurance contract that forms the basis for Plaintiff's causes of action for breach of contract, tortious breach of insurance contract, and declaratory relief as alleged in the Complaint for the insurance claim for damage to her home from a water leak near her kitchen sink that occurred around June 28, 2013;

NOW THEREFORE, based upon the representations that GEICO did not underwrite the insurance policy and is not a party to the insurance contract, it is stipulated by and between parties that:

1. GEICO is dismissed from this action without prejudice.
2. Should Plaintiff later discover during litigation facts related to her insurance claim for damage to her home from a water leak near the kitchen sink that

occurred around June 28, 2013, that support a basis for liability against GEICO as it relates to her insurance claim for water damage to her home, and Plaintiff wishes to amend to add GEICO as a party to this action, GEICO will not oppose, or assert the statute of limitations as a defense to, a motion to add GEICO as a party provided that reasonable notice is provided to GEICO regarding any motion to amend.

3. GEICO shall withdraw its Motion to Dismiss and notify the Court to take off calendar the motion hearing.

4. Each party shall bear its own costs in relation to the dismissal and this Stipulation.

DATED: May 28, 2014

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy

Attorneys for Defendants TRAVELERS COMMERCIAL INSURANCE COMPANY and GEICO INSURANCE AGENCY, INC.

DATED: May 28, 2014

**STALL PARKER LLP**

By: _____
Matthew R. Stall
Felipe R. Parker

Attorneys for Plaintiff LINDA CHAVIS

## ORDER

IT IS HEREBY ORDERED that Defendant GEICO Insurance Agency, Inc. is dismissed without prejudice from the action, *Linda Chavis v. Travelers Insurance Company; GEICO Insurance Agency, Inc.; and DOES 1-25*, case no. 3:14-cv-02107-VC. Each party to bear its own costs in relation to the dismissal and this Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 30, 2014

_____
U.S. District Court Judge
Northern District of California