G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
MICHELLE LAW (SBN 246031)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:        erudloff@fgppr.com
                  emurphy@fgppr.com
                  mlaw@fgppr.com

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

MATTHEW R. STALL (SBN 218347)
FELIPE R. PARKER (SBN 246212)
JANELLE J. SMITH (SBN 278655)
**STALL PARKER LLP**
1808 Sixth Street
Berkeley, CA 94710
Telephone:   (510) 545-4980
Facsimile:    (510) 868-2912
E-mail:        matthew@stallparker.com
                  fp@stallparker.com

Attorneys for Plaintiff  LINDA CHAVIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CHAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | **CASE NO. 3:14-cv-02107-VC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>**Current Date of CMC:   08/26/14**<br>**Proposed Date of CMC: 09/16/14** |

　　　　Plaintiff LINDA CHAVIS ("Plaintiff") and Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY ("Defendant" or "Travelers"), by and through their attorneys of record, hereby enter into the following Stipulation to continue the initial Case Management Conference.

1

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE; Case No. 3:14-cv-02107-VC**

WHEREAS, on May 19, 2014, the Court scheduled the initial Case Management Conference for August 8, 2014;

WHEREAS, on July 17, 2014, the Court rescheduled the initial Case Management Conference from August 8, 2014 to August 19, 2014;

WHEREAS, on August 1, 2014, the Court rescheduled the August 19, 2014 initial Case Management Conference for August 26, 2014 at 10:00 a.m. in Courtroom 10;

WHEREAS, counsel for Travelers has a conflict with the August 26, 2014 date, and has contacted the Court to obtain alternative available dates for the Case Management Conference;

WHEREAS, counsel for Plaintiff and counsel for Travelers have further conferred to agree upon a date to reschedule the Case Management Conference.

NOW, THEREFORE, Plaintiff and Travelers agree and stipulate as follows:

1. The Case Management Conference shall be rescheduled for Tuesday, September 16, 2014 at 10:00 a.m., Courtroom 10, 19th Floor of the above-entitled Court.

2. Parties shall submit a Joint Case Management Statement in conformity with the Standing Order for All Judges of the Northern District of California by September 9, 2014.

**IT IS HEREBY STIPULATED.**

DATED: August 6, 2014          **STALL PARKER LLP**

By:    /s/ FP
    Matthew R. Stall
    Felipe R. Parker
    Janelle J. Smith

Attorneys for Plaintiff LINDA CHAVIS

DATED: August 6, 2014          **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:    /s/ Edward P. Murphy
    G. Edward Rudloff, Jr.
    Edward P. Murphy
    Michelle Law

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE; Case No. 3:14-cv-02107-VC**

[Left margin: FORAN GLENNON PALANDECH PONZI & RUDLOFF PC, ATTORNEYS AT LAW, 2000 POWELL STREET, SUITE 900, EMERYVILLE, CALIFORNIA 94608, (510) 740-1500]

**ORDER**

IT IS HEREBY ORDERED that:

1. The Case Management Conference is rescheduled for Tuesday, September 16, 2014 at 10:00 a.m., Courtroom ~~10, 19~~ 4, 17th Floor of the above-entitled Court.

2. Parties shall submit a Joint Case Management Statement in conformity with the Standing Order for All Judges of the Northern District of California by September 9, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2014

_____
HONORABLE VINCE CHHABRIA
U.S. District Court Judge
Northern District of California

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

3

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE; Case No. 3:14-cv-02107-VC**