G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-mail:  erudloff@fgppr.com
         emurphy@fgppr.com

Attorneys for Defendants
TRAVELERS COMMERCIAL
INSURANCE COMPANY and
GEICO INSURANCE AGENCY, INC.

MATTHEW R. STALL (SBN 218347)
FELIPE R. PARKER (SBN 246212)
**STALL PARKER LLP**
1808 Sixth Street
Berkeley, CA 94710
Telephone:  (510) 545-4980
Facsimile:  (510) 868-2912
E-mail:  matthew@stallparker.com
         fp@stallparker.com

Attorneys for Plaintiff
LINDA CHAVIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CHAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; GEICO INSURANCE AGENCY, INC.; and DOES 1-25,<br><br>　　　　　Defendants. | CASE NO. 3:14-cv-02107-VC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint filed: April 10, 2014<br>Trial Date:　　　September 14, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Defendant Travelers Commercial Insurance Company ("Travelers), by and

1
STIPULATION RE DISMISSAL AND [PROPOSED] ORDER; CASE NO. 3:14-cv-02107-VC

through its attorneys of record, Foran Glennon Palandech Ponzi & Rudloff PC, and Plaintiff Linda Chavis ("Plaintiff"), by and through her attorneys of record, Stall Parker LLP, hereby stipulate:

WHEREAS, Travelers and Plaintiff have executed a Confidential Settlement Agreement and General Release In Full; and

WHEREAS, Plaintiff has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

WHEREAS, the parties to this action agree that each side is to bear its own fees and costs in this matter;

NOW THEREFORE, it is stipulated by and between the parties that:

1. Travelers is dismissed from this action with prejudice and this action is dismissed in its entirety; and
2. Each party shall bear its own costs in relation to the dismissal and this Stipulation.

DATED: February 5, 2015

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: _____
G. Edward Rudloff, Jr.
Edward P. Murphy

Attorneys for Defendants TRAVELERS COMMERCIAL INSURANCE COMPANY and GEICO INSURANCE AGENCY, INC.

DATED: February 5, 2015

**STALL PARKER LLP**

By: _____
Matthew R. Stall
Felipe R. Parker

Attorneys for Plaintiff LINDA CHAVIS

## ORDER

IT IS HEREBY ORDERED that Defendant Travelers Commercial Insurance Company is dismissed with prejudice from the action, *Linda Chavis v. Travelers Insurance Company; GEICO Insurance Agency, Inc.; and DOES 1-25*, case no. 3:14-cv-02107-VC. Each party to bear its own costs in relation to the dismissal and this Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 2, 2015

_____
U.S. District Court Judge
Northern District of California

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500